**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **CAROL J. SPALDING,** | : |
| **Plaintiff,** | : |
| | : *Electronically Filed* |
| vs. | : |
| | : Case No. 3:21-cv-00659-CHB-CHL |
| **CONWAY-HEATON, INC.** | : |
| **Defendant.** | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Carol J. Spalding and Defendant, Conway-Heaton, Inc., by their respective counsel, hereby stipulate to the dismissal of this civil action and all the claims therein, with prejudice, each party to bear her or its own attorney's fees and costs.

**Stipulated to by:**

| | |
|---|---|
| */s/ Ayala Golding* | /s/ *John O. Sheller* |
| Ayala Golding, Esq. | John O. Sheller |
| Tilford Dobbins & Schmidt, PLLC | Stoll Keenon Ogden PLLC |
| 401 West Main Street, Suite 1400 | 500 West Jefferson Street, Suite 2000 |
| Louisville, Kentucky 40202 | Louisville, Kentucky 40202 |
| Phone: (502) 584-1000, ext. 249 | Phone: (502) 333-6000 |
| agolding@tilfordlaw.com | |
| *Counsel for Plaintiff, Carol J. Spalding* | |
| | Danielle M. Day |
| | Stoll Keenon Ogden, PLLC |
| | 300 West Vine Street, Suite 2100 |
| | Lexington, Kentucky 40507-1801 |
| | 859-231-3628 |
| | |
| | *Counsel for Defendant,* |
| | *Conway-Heaton, Inc.* |